US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUN 0 9 2021

JAMIE GIANI, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 6:21CR 60027-001 |
| | ) |
| v. | ) |
| | ) 21 U.S.C. § 841(a)(1) |
| | ) 21 U.S.C. § 841(b)(1)(A)(viii) |
| JEDADIRE LASHAWN NELLUMS | ) 21 U.S.C. § 841(b)(1)(B)(viii) |
| | ) 21 U.S.C. § 841(b)(1)(C) |
| | ) |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about July 10, 2020, in the Western District of Arkansas, Hot Springs Division, the Defendant, **JEDADIRE LASHAWN NELLUMS,** knowingly and intentionally distributed a controlled substance, namely methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT TWO

On or about July 16, 2020, in the Western District of Arkansas, Hot Springs Division, the Defendant, **JEDADIRE LASHAWN NELLUMS,** knowingly and intentionally distributed a controlled substance, namely more than five (5) grams of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT THREE

On or about July 27, 2020, in the Western District of Arkansas, Hot Springs Division, the Defendant, **JEDADIRE LASHAWN NELLUMS,** knowingly and intentionally distributed a controlled substance, namely more than five (5) grams of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT FOUR

On or about July 30, 2020, in the Western District of Arkansas, Hot Springs Division, the Defendant, **JEDADIRE LASHAWN NELLUMS,** knowingly and intentionally distributed a controlled substance, namely more than five (5) grams of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT FIVE

On or about August 4, 2020, in the Western District of Arkansas, Hot Springs Division, the Defendant, **JEDADIRE LASHAWN NELLUMS,** knowingly and intentionally distributed a controlled substance, namely more than five (5) grams of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT SIX

On or about August 10, 2020, in the Western District of Arkansas, Hot Springs Division, the Defendant, **JEDADIRE LASHAWN NELLUMS,** knowingly and intentionally distributed a

controlled substance, namely more than five (5) grams of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

### COUNT SEVEN

On or about August 17, 2020, in the Western District of Arkansas, Hot Springs Division, the Defendant, **JEDADIRE LASHAWN NELLUMS,** knowingly and intentionally possessed with the intent to distribute a controlled substance, namely more than fifty (50) grams of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

A True Bill.

*/s/Grand Jury Foreperson*
Grand Jury Foreperson

DAVID CLAY FOWLKES
ACTING UNITIED STATES ATTORNEY

By: Bryan A. Achorn
Assistant U. S. Attorney
Arkansas Bar No. 2001034
414 Parker Avenue
Fort Smith, AR 72901
Telephone: (479) 494-4080
E-mail: bryan.achorn@usdoj.gov

3